# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| HANNAH ENGEL, | * |
| Plaintiff, | * |
| vs. | *   CASE NUMBER: _____ |
| COTY US, LLC | * |
| Defendant. | * |

## NOTICE OF REMOVAL

COMES NOW the Defendant Coty, US, LLC (hereinafter, "Coty" and/or "Defendant"), pursuant to the provisions of 28 U.S.C. § 1441 (a) and (b) and 28 U.S.C. § 1446, files this Notice of Removal of this cause from the Circuit Court of Mobile County, Alabama to the United States District Court for the Southern District of Alabama. In support of this Notice of Removal, Defendant states as follows:

### Introduction and Background

1.  On August 21, 2017, Plaintiff Hannah Engel (hereinafter, "Plaintiff") filed this action in the Circuit Court of Mobile County, Alabama (Complaint, included in State Court File, attached hereto as Exhibit "A"). The Complaint arises out of a breach of warranty of for a "Sally Hansen Hair Remover Wax Strip Kit" which allegedly caused the Plaintiff to suffer inflammation, permanent scarring, medical bills, psychological damage, and emotional distress. Id. The Defendant denies any wrongdoing.

## Removal is Timely

3. The instant Complaint was filed against Coty on or around August 21, 2017. Coty was served on or around August 28, 2017 with the first pleading setting forth the claims for relief on which this action is based. Coty is filing this Notice of Removal within 30 days of service; thus, removal of this action is timely pursuant to 28 U.S.C. § 1446(b). *See also* Murphy Brothers, Inc. v. Michetti Pipe Storing, Inc., 526 U.S. 344 (1999).

4. No previous application for removal has been made. Copies of all process, pleadings, and other papers served on or received by Defendant and the entire Circuit Court file for Mobile County are attached hereto as Exhibit "A." The Circuit Clerk of Mobile County has been notified of this removal.

## Propriety of Removal to this Court

5. The United States District Court for the Southern District of Alabama encompasses the county in which the state court action is pending. Thus, this Court is the proper venue for this action pursuant to 28 U.S.C. § 81(b)(3).

6. This action is removable due to this Court's diversity jurisdiction, pursuant to 28 U.S.C. §§ 1332(a) and 1441(b), which permit a party to remove a case to federal court where there is diversity of citizenship and the amount-in-controversy exceeds $75,000.00.

### There is Complete Diversity of Citizenship

7. There is complete diversity of citizenship in this case.

8. The black letter rule for complete diversity turns on whether "there are foreign entities on both sides of the action." Iraola & CIA, S.A. v. Kimberly-Clark Corp., 232 F.3d 854, 860 (11th Cir. 2000). When a court is reviewing the citizenship of the parties to determine if the suit meets the requirements of diversity jurisdiction, the court must look to the citizenship of the parties at the time when the action was filed. *See* Freeport-McMoRan, Inc. v. K N Energy, Inc., 498 U.S. 426 (1991).

9. The Complaint does not state where the Plaintiff is domiciled, but Alacourt shows that the Plaintiff is a citizen of the State of Alabama. (See Alacourt Party Detail attached hereto as Exhibit "B").

10. The Defendant is a Delaware limited liability company with its principal play of business in New York. The Defendant does not have any members which are citizens of Alabama.

11. Thus, there is complete diversity among the parties.

### The Amount in Controversy Exceeds $75,000.00

12. The Complaint seeks recovery for damages including lasting scars on the Plaintiff's face which will allegedly require future treatment, medical bills, psychological damage, and emotional distress. The amount in controversy, exclusive of costs and interest, exceeds $75,000.00.

## All Prerequisites for Removal under 28 U.S.C. § 1441 Have Been Satisfied

15. As set forth above, this Notice of Removal has been filed within thirty (30) days of service on Defendant, the amount in controversy exceeds Seventy-Five Thousand and No/100 Dollars ($75,000.00), exclusive of interest and costs, and complete diversity exists.

16. A copy of this Notice of Removal is being served on Plaintiff and filed with the Circuit Court of Mobile County, Alabama.

17. If any question arises as to the propriety of the removal of this action, Defendant requests the opportunity to present a brief and/or oral argument in support of its position that this case is removable.

WHEREFORE, Defendant Coty US, LLC, desiring to remove this case to the United States District Court for the Southern District of Alabama, being the district of said Court for the county in which said action is pending, prays that the filing of this Notice of Removal with the Clerk of the Circuit Court of Mobile County, Alabama, shall affect a removal of said suit to this Court.

Respectfully submitted,

By: s/Stewart L. Howard
STEWART L. HOWARD (HOWAS 7912)
Attorney for Coty US, LLC

OF COUNSEL:
HOWARD-FESTA, LLP
Post Office Box 1903
Mobile, Alabama 36633
Telephone: (251) 431-9364
Facsimile: (251) 431-9368
showard@howardfesta.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the 26th day of September, 2017, I filed the foregoing document by filing it electronically via the CM/ECF and/or by mailing the same via United States Mail, properly addressed and first-class postage pre-paid, as follows:

Wesley H. Blacksher, Esq.
Wesley H. Blacksher, LLC
3764 Professional Parkway
Mobile, Alabama 36609

                **s/Stewart L. Howard**
                STEWART L. HOWARD (HOWAS 7912)
                Attorney for Coty US, LLC

OF COUNSEL:
HOWARD-FESTA, LLP
Post Office Box 1903
Mobile, Alabama 36633
Telephone: (251) 431-9364
Facsimile: (251) 431-9368
showard@howardfesta.com

**DOCUMENT 1**

ELECTRONICALLY FILED
8/21/2017 3:13 PM
02-CV-2017-902225.00
CIRCUIT COURT OF
MOBILE COUNTY, ALABAMA
JOJO SCHWARZAUER, CLERK

| State of Alabama<br>Unified Judicial System<br>Form ARCiv-93  Rev.5/99 | **COVER SHEET**<br>**CIRCUIT COURT - CIVIL CASE**<br>(Not For Domestic Relations Cases) | Case Number:<br>02-<br>Date of Filing:<br>08/21/2017 | Judge Code: |
|---|---|---|---|

## GENERAL INFORMATION

### IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA
### HANNAH ENGEL v. COTY US, LLC

**First Plaintiff:** ☐ Business  ☑ Individual  ☐ Government  ☐ Other

**First Defendant:** ☑ Business  ☐ Individual  ☐ Government  ☐ Other

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) that best characterizes your action:

**TORTS: PERSONAL INJURY**
- ☐ WDEA - Wrongful Death
- ☐ TONG - Negligence: General
- ☐ TOMV - Negligence: Motor Vehicle
- ☐ TOWA - Wantonness
- ☑ TOPL - Product Liability/AEMLD
- ☐ TOMM - Malpractice-Medical
- ☐ TOLM - Malpractice-Legal
- ☐ TOOM - Malpractice-Other
- ☐ TBFM - Fraud/Bad Faith/Misrepresentation
- ☐ TOXX - Other:

**TORTS: PERSONAL INJURY**
- ☐ TOPE - Personal Property
- ☐ TORE - Real Property

**OTHER CIVIL FILINGS**
- ☐ ABAN - Abandoned Automobile
- ☐ ACCT - Account & Nonmortgage
- ☐ APAA - Administrative Agency Appeal
- ☐ ADPA - Administrative Procedure Act
- ☐ ANPS - Adults in Need of Protective Service

**OTHER CIVIL FILINGS (cont'd)**
- ☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/Enforcement of Agency Subpoena/Petition to Preserve
- ☐ CVRT - Civil Rights
- ☐ COND - Condemnation/Eminent Domain/Right-of-Way
- ☐ CTMP - Contempt of Court
- ☐ CONT - Contract/Ejectment/Writ of Seizure
- ☐ TOCN - Conversion
- ☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/Injunction Election Contest/Quiet Title/Sale For Division
- ☐ CVUD - Eviction Appeal/Unlawful Detainer
- ☐ FORJ - Foreign Judgment
- ☐ FORF - Fruits of Crime Forfeiture
- ☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
- ☐ PFAB - Protection From Abuse
- ☐ FELA - Railroad/Seaman (FELA)
- ☐ RPRO - Real Property
- ☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
- ☐ COMP - Workers' Compensation
- ☐ CVXX - Miscellaneous Circuit Civil Case

**ORIGIN:**  F ☑ INITIAL FILING   A ☐ APPEAL FROM DISTRICT COURT   O ☐ OTHER
R ☐ REMANDED   T ☐ TRANSFERRED FROM OTHER CIRCUIT COURT

**HAS JURY TRIAL BEEN DEMANDED?** ☐ YES ☑ NO   Note: Checking "Yes" does not constitute a demand for a jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

**RELIEF REQUESTED:** ☑ MONETARY AWARD REQUESTED   ☐ NO MONETARY AWARD REQUESTED

**ATTORNEY CODE:** BLA054    8/21/2017 3:13:59 PM    /s/ WESLEY H. BLACKSHER

**MEDIATION REQUESTED:** ☐ YES ☑ NO ☐ UNDECIDED

**EXHIBIT A**



AlaFile E-Notice

02-CV-2017-902225.00

To: WESLEY H. BLACKSHER
blacksherw@aol.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

HANNAH ENGEL V. COTY US, LLC
02-CV-2017-902225.00

The following complaint was FILED on 8/21/2017 3:14:26 PM

Notice Date:    8/21/2017 3:14:26 PM

JOJO SCHWARZAUER
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov



AlaFile E-Notice

02-CV-2017-902225.00

To: COTY US, LLC
CSC-LAWYER S INC SRVC INC
150 SOUTH PERRY STREET
MONTGOMERY, AL, 36104

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

HANNAH ENGEL V. COTY US, LLC
02-CV-2017-902225.00

The following complaint was FILED on 8/21/2017 3:14:26 PM

Notice Date:    8/21/2017 3:14:26 PM

JOJO SCHWARZAUER
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

ELECTRONICALLY FILED
8/21/2017 3:13 PM
02-CV-2017-902225.00
CIRCUIT COURT OF
MOBILE COUNTY, ALABAMA
JOJO SCHWARZAUER, CLERK

## IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

**HANNAH ENGEL,**
    **Plaintiff,**

**v.**                                                         **CASE NO.: 2017-_____**

**COTY US, LLC,**
    **Defendant.**

## COMPLAINT

On or about the 23rd day of August, 2015, Plaintiff purchased from a local retailer a product titled "Sally Hansen Hair Remover Wax Strip Kit". Said product is manufactured and distributed by COTY US, LLC, the Defendant.

1. Plaintiff followed the instructions in regards to how the product was to be used. On that date, the product failed to perform by its intended manner in that it caused severe inflammation and scarring on the Plaintiff. Specifically, the inflammation and permanent scarring was on and around her face and her neck.

2. The Defendants warranted that the product was fit for its intended use and that it would not cause the user to have inflamed skin which would, in fact, leave scarring.

3. As heretofore stated, said product failed and the Defendant breached their said implied warranties in that it was not fit for its intended use and/or was not merchantable.

4. The Plaintiff gave Defendants notice on numerous occasions that this had occurred. Further, Plaintiff attempted to resolve this matter but to no avail.

5. As a proximate result of Defendant's said breach of their implied warranties, the Plaintiff was injured and damaged in that she has lasting scars on her face, and those scars will need treatment in the future. It has caused not only damages in the form of medical bills but psychological damage and emotional distress from being at a tender age with this condition.

WHEREFORE, Plaintiff demands judgment against the Defendant in an amount to be determined by the Judge and/or jury.

DATED this 21st day of August, 2017.

                                              */s/Wesley H. Blacksher*
                                              WESLEY H. BLACKSHER (BLA054)
                                              Attorney for Plaintiff

**SERVE DEFENDANT BY CERTIFIED MAIL:**

**CSC-LAWYERS INCORPORATING SRVC INC**
**150 South Perry Street**
**Montgomery, AL 36104**

**OF COUNSEL:**
WESLEY H. BLACKSHER, LLC
3763 Professional Parkway
Mobile, AL 36609
(251) 432-1010

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | SUMMONS<br>- CIVIL - | Court Case Number<br>02-CV-2017-902225.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA**
**HANNAH ENGEL V. COTY US, LLC**

**NOTICE TO:** COTY US, LLC, CSC-LAWYER S INC SRVC INC 150 SOUTH PERRY STREET, MONTGOMERY, AL 36104

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), WESLEY H. BLACKSHER

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 3763 Professional Parkway, MOBILE, AL 36609

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of HANNAH ENGEL pursuant to the Alabama Rules of the Civil Procedure.

*[Name(s)]*

| 8/21/2017 3:14:26 PM | /s/ JOJO SCHWARZAUER | By: |
|---|---|---|
| (Date) | (Signature of Clerk) | (Name) |

☑ Certified Mail is hereby requested.   /s/ WESLEY H. BLACKSHER
*(Plaintiff's/Attorney's Signature)*

**RETURN ON SERVICE**

☐ Return receipt of certified mail received in this office on _____
*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____ in _____ County, (Name of Person Served)   (Name of County)
Alabama on _____
*(Date)*

| (Type of Process Server) | (Server's Signature) | (Address of Server) |
|---|---|---|
| | (Server's Printed Name) | (Phone Number of Server) |





