IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| HANNAH ENGEL, | * |
| Plaintiff, | * |
| vs. | *  CASE NUMBER: 1:17-cv-00432 |
| COTY US, LLC | * |
| Defendant. | * |

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

COME NOW the Plaintiff, HANNAH ENGEL, (hereinafter "Plaintiff"), and Defendant, COTY US, LLC (hereinafter "Defendant"), by and through the undersigned counsel of record, and hereby stipulate that all claims asserted by the Plaintiff in this lawsuit are due to be dismissed, with prejudice, and with each party to bear its own costs, expenses, and fees.

By: _____
STEWART L. HOWARD (HOWAS7912)
Attorney for Defendant

**OF COUNSEL:**
Howard-Festa, LLP
Post Office Box 1903
Mobile, Alabama 36633
Telephone: (251) 431-9364
Facsimile: (251) 431-9368
showard@howardfesta.com

By: _____
WESLEY H. BLACKSHER
Attorney for Plaintiff

**OF COUNSEL:**
Wesley H. Blacksher, LLC
3763 Professional Parkway
Mobile, Alabama 36609
(251) 432-1010
blacksherw@aol.com